UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>MARIA ANGELICA MORENO,<br><br>      Debtor.<br>_____<br><br>LARRY GRAY, TRUSTEE,<br><br>      Appellant,<br><br>vs.<br><br>MARIA ANGELICA MORENO,<br><br>      Appellee.<br>_____ | Case No. 05-30388-A-7<br><br><br><br><br><br><br>BAP Nos. EC-06-1156 &<br>         EC-06-1157<br><br>Docket Control Nos. SF-3 &<br>CLH-1<br><br><br><br>Date: None<br>Time: None |

**MEMORANDUM**

Before the court are two requests that the bankruptcy court certify two of its orders for appeal directly to the Ninth Circuit Court of Appeal pursuant to 28 U.S.C. § 158(d)(2)(A). See also Interim Bankruptcy Rule 8001(f) as adopted by General Order 05-04. These appeals arise in a bankruptcy case filed on August 24, 2005.

Section 158(d)(2)(A) was added to title 28 by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA").

See Pub. L. 109-8, § 1501(a). BAPCPA was enacted on April 20, 2005. With exceptions not relevant here, the amendments made by BAPCPA, including the addition of section 158(d)(2)(A) to title 28, are effective in cases filed 180 days after the date of its enactment. Accord In re Berman, ___ B.R. ___ (B.A.P. 9th Cir. June 12, 2006). That is, section 158(d)(2)(A) is effective only in cases filed on and after October 17, 2005.

Because this case was filed on August 24, 2005, before the effective date of section 158(d)(2)(A), the court will enter separate orders denying each request for certification.

Dated: 16 June 2006

By the Court

Michael S. McManus, Chief Judge
United States Bankruptcy Court

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Office of the US Trustee
501 I St. Ste 7-500
Sacramento, CA 95814

Abram Feuerstein
20 N Sutter St 4th Fl
Stockton, CA 95202

Charles Hastings
4568 Feather River Dr #A
Stockton, CA 95219

Maria Moreno
2402 Polk Way
Stockton, CA 95207

Lawrence Gray
4719 Quail Lakes Dr #G
PMB #255
Stockton, CA 95207

Dated: 6·19·06

_____
Deputy Clerk